## Reber *v.* Reber, Appellant.

order by BROWN, J. Argued March 19, 1975. *W. Diener,* with him *Carl F. Mogel,* and *Balmer, Mogel, Speidel & Roland,* for appellant; *Grant E. Wesner,* with him *Wesner & Wesner,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly entered a decree in divorce in this case.